IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40211
Summary Calendar
_____


RONALD WAYNE BUNTON,

                                        Plaintiff-Appellant,


versus

TDCJ-ID et al.,

                                        Defendants,

JERRY R. KARRIKER, JR.;
LEWIS ALFORD; HARRY E.
KINKER, II,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CV-1
- - - - - - - - - -
September 11, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Ronald Wayne Bunton, # 620942, appeals the summary-judgment

dismissal of his Eighth Amendment claims against Jerry Karriker,

Lewis Alford, and Harry Kinker filed pursuant to 42 U.S.C.

§ 1983.  Bunton contends that the defendants were deliberately

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

indifferent to his medical needs by denying him medical treatment for his complaints of back pains and for his spitting up blood after numerous complaints and requests to be sent to the infirmary. Bunton also alleges that defendants Kinker and Karriker were deliberately indifferent to his medical needs by placing him in a work assignment beyond his medical limitations. We have reviewed the record and Bunton's brief and AFFIRM the district court's grant of summary judgment in favor of the defendants for essentially the same reasons adopted by the district court. Bunton v. Karriker et al., No. 9:94-CV-1 (E.D. Tx. Jan. 18, 1995).

AFFIRMED.